RECEIVED
IN LAFAYETTE, LA.
JAN 0 5 2010
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **WENDY BEGNEAUD, ET AL** | **CIVIL ACTION NO. 09-254** |
| **VS.** | **JUDGE DOHERTY** |
| **FORD MOTOR CO.** | **MAGISTRATE JUDGE HANNA** |

## ORDER REGARDING JURISDICTIONAL AMOUNT

The record shall reflect that this court has conducted a review of the jurisdictional amount in this case and concludes that it appears that jurisdictional amount exists. By this action, plaintiffs, Wendy Begneaud and Marc Begneaud, individually and on behalf of their minor children, seek to recover for injuries to Mrs. Begneaud allegedly caused by the defendant's unreasonably defective product.

Plaintiffs allege the rear gate door of Mrs. Begneaud's Ford minivan fell and struck her in the head, causing serious injuries. Specifically, Mrs. Begneaud provided an affidavit in which she avers the accident caused her to suffer from migraine headaches, neck pain, dizziness, and temporomandibular joint disorder. She denies any prior history of symptoms of this nature. She has sought treatment with a chiropractor, a neurologist, and a dentist, and has been receiving active medical treatment for approximately 20 months, which continues through the present. She has undergone an MRI, whose results had not been documented at the time of the memorandum. However, plaintiffs assert they believe the MRI and other neurological test results showed an abnormality consistent with head trauma. The undersigned notes defendants have not filed any response in opposition

1

to plaintiffs' memorandum in support of jurisdiction. For the foregoing reasons, the undersigned finds the jurisdictional amount has been met.

Additionally, in accordance with the United States Supreme Court's decision in *Exxon Mobil Corp. v. Allapattah Services, Inc.*, 545 U.S. 546, 125 S.Ct. 2611 (2005) this court may exercise supplemental jurisdiction over the derivative and related claims of Mrs. Begneaud's spouse and children, under 28 U.S.C. §1367(a).

Signed this 5th day of January, 2010.

_____
MAGISTRATE JUDGE PATRICK J. HANNA